# In the United States Court of Federal Claims

No. 12-85

Filed: December 4, 2015

```
*****************************************
                                        *
                                        *
ADVANCED AEROSPACE                      *
TECHNOLOGIES, INC.,                     *
                                        *
        Plaintiff,                      *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
        Defendant,                      *
                                        *
and                                     *
                                        *
THE BOEING COMPANY,                     *
                                        *
and                                     *
                                        *
INSITU, INC.,                           *
                                        *
        Third-Party Defendants.         *
                                        *
                                        *
                                        *
*****************************************
```

## SCHEDULING ORDER

On December 4, 2015, the court held a telephone status conference. Pursuant to the telephone status conference, the following deadlines will govern:

February 1, 2016    The Government and Defendant-Intervenor will submit an invalidity chart and non-infringement contentions.

February 12, 2016   The court will hold a status conference via telephone at 2:00pm EST.

April 18, 2016       The court will hold a trial on infringement.

June 13, 2016        The court will hold a trial on damages.


**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**
